IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN M. MARINKOVIC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**MAYOR JOSEPH SINNOT**, in his individual )<br>and official capacity, **CITY OF ERIE**, )<br>**COUNTY OF ERIE**, and )<br>**THOMAS C. ROBIE**, in his individual )<br>and official capacity, )<br>Defendants. ) | 1:12cv139<br>**Electronic Filing** |

## MEMORANDUM ORDER

AND NOW, this 22nd day of March, 2016, upon due consideration of plaintiff's motion for copies of docket sheet and prior orders pursuant to in forma pauperis status, IT IS ORDERED that [25] the motion be, and the same hereby is, denied.

Plaintiff was granted in forma puaperis status on January 4, 2013. But in some jurisdictions the granting of *in forma pauperis* status does not exempt the plaintiff from bearing the costs of litigation other than the payment of the filing fee. This jurisdiction is one of those jurisdictions. See Porter v. Dept. of Treasury, 564 F.3d 176, 179 n.3 (3d Cir. 2009) ("We note that the granting of IFP status exempts litigants from filing fees only."). Thus, the court is without statutory authority to provide plaintiff with copies of the docket sheet or any other submissions or entries at taxpayer expense.

                 s/ David Stewart Cercone
                 David Stewart Cercone
                 United States District Judge

cc:  Melvin M. Marinkovic
    3900 Dawnshire Drive
    Parma, OH 44134

    (*Via CM/ECF  United States Mail*)

    Caroline Liebenguth, Esquire

    (*Via CM/ECF Electronic Mail*)